UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER FOCUS SERVICES, LLC, a California limited liability company, d/b/a OMNITECH SUPPORT, FIXNOW TECH, and TECHSUPPORT PRO; MARC HABERMAN, an individual; RACHEL EILAT HABERMAN, an individual; C-CUBED SOLUTIONS PRIVATE LIMITED, a private business company formed under the laws of India; ANYTIME TECHIES, LLC, a Florida limited liability company, d/b/a V TECH SUPPORTS, MY TECH SUPPORTS and WINDOWS SET GET SOLUTION, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **CV 14-09667 PA (AGRx)**<br><br>**CONSENT TO STIPULATED PERMANENT INJUNCTION AS TO ANYTIME TECHIES, LLC**<br><br>[Assigned to the Hon. Percy Anderson] |

CONSENT JUDGMENT AND PERMANENT INJUNCTION
DWT 27838932v3 0025936-002195

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

WHEREAS, Plaintiff Microsoft Corporation ("Microsoft") and Defendant Anytime Techies, LLC ("Anytime Techies") have agreed to settle the matters in issue between them and have further stipulated to entry of this Consent Judgment and Permanent Injunction, it is hereby **ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. On March 24, 2015, Microsoft filed its First Amended Complaint. Microsoft alleged that Anytime Techies engaged in sales and advertising practices that violated the Lanham Act, California's Unfair Competition Law, California's False Advertising Law, and California state common law.

2. Specifically, Microsoft alleged that Anytime Techies: (1) misrepresented to Microsoft customers that their software was infected with viruses in order to sell technical support services; (2) misrepresented to Microsoft customers that their software would malfunction if they did not purchase technical support service; (3) used Microsoft trademarks in its advertising in a manner that confused consumers as to the origin and/or association of Anytime Techies' services; and (4) used Microsoft logos on Anytime Techies web sites without a license for those logos.

3. Anytime Techies acknowledges that the registered trademarks of Microsoft that are part of the subject matter of this litigation are each famous and valid.

4. Anytime Techies, along with each of its directors, principals, officers, employees, representatives, successors, agents and assigns, and all those persons or entities acting in concert or participation with it, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

    a. Engaging in any sales practice in which Anytime Techies informs a Microsoft customer that their computer contains a virus or malware without first confirming the presence of such virus or malware through recognized industry standard technical means.

    b. Engaging in any practice in which Anytime Techies represents to a Microsoft customer that the customer's computer will have technical

CONSENT JUDGMENT AND PERMANENT INJUNCTION
DWT 27838932v3 0025936-002195

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

issues, including but not limited to, freeze, be subjected to infection by malware of any kind, crash or lose data without a good faith basis to support that representation.

c. Calling Microsoft customers without obtaining their prior consent.

d. Representing or claiming any endorsement by, or affiliation with, Microsoft or its software, including Windows or Office, in their sales practices, such as claiming that they are from "Windows technical support," that could cause a reasonable person to be confused about the fact that they are an independent, unaffiliated third-party.

e. Displaying any Microsoft trademark on a web site registered, owned, controlled or operated by Anytime Techies, unless Anytime Techies has an express license from Microsoft to use such trademark in such manner.

f. Using "Microsoft" or any Microsoft trademark in the heading, body, or domain name in any advertisement, unless Anytime Techies has an express license from Microsoft to use such trademark in such manner.

g. Advertising technical support for Microsoft products without identifying Anytime Techies as an independent provider of technical support.

h. Owning, operating, or registering any domain name containing a registered Microsoft trademark.

i. Using under any circumstance any false designation of origin, false or misleading description of fact, or false or misleading representation of fact that is likely to cause confusion, or to cause mistake, or to deceive Microsoft customers as to the affiliation, connection, relationship or association of Anytime Techies with Microsoft, or as to the origin, certification, sponsorship, endorsement or approval of any Anytime Techies' services by Microsoft.

1
CONSENT JUDGMENT AND PERMANENT INJUNCTION
DWT 27838932v3 0025936-002195

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

j. Using under any circumstances, including but not limited to in commercial advertising or promotion, any false or misleading description or representation of fact that misrepresents the nature, characteristics, qualities or geographic origin of Microsoft's goods, services, or commercial activities.

k. Using any Microsoft trademark in commerce in a manner that might suggest co-branding, create potential confusion as to the ownership of such trademark or in a manner likely to cause dilution by blurring or dilution by tarnishment, regardless of the presence or absence of actual or likely confusion.

5. As the Court has personal jurisdiction over Anytime Techies, this Permanent Injunction enjoins the conduct of Anytime Techies wherever they may be found.

6. This Permanent Injunction shall bind Anytime Techies. Anytime Techies shall provide a copy of this Permanent Injunction to its officers, agents, employees, principals, shareholders, and members.

7. Violation of this Permanent Injunction shall expose Anytime Techies and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

8. All other claims, defenses or counterclaims, either actually asserted in this action or which could have been asserted in this action, by either party against the other, are hereby dismissed with prejudice.

9. Microsoft and Anytime Techies shall bear their own attorneys' fees and costs.

IT IS SO ORDERED

November 11, 2015    _____
Percy Anderson
Judge of the United States District Court

2
CONSENT JUDGMENT AND PERMANENT INJUNCTION
DWT 27838932v3 0025936-002195

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899